473 A.2d 676

Leeper, et al., Appellants, v. Vipond, et al.

Argued January 25, 1984. Bradley M. Bassi, for appellants; Ross Seanor Bash, for appellees.

Before WIEAND, TAMILIA and POPOVICH, JJ.

The appeal is quashed. An order denying a motion for judgment on the pleadings is interlocutory and not appealable. See: *Noto v. Noto,* 293 Pa.Super. 161, 437 A.2d 1255 (1981).